IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Sportbrain Holdings LLC**, an Illinois limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**Strava, Inc.,**<br><br>Defendant. | No.: 1:16-cv-09026<br><br>Hon. Amy J. St. Eve |

**PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE
INITIAL HEARING AND EXTEND TIME FOR SERVICE**

NOW COMES Plaintiff Sportbrain Holdings LLC ("Sportbrain"), through its attorney, Kenneth Matuszewski, and for its Unopposed Motion to Continue Initial Hearing and Extend Time for Service, states as follows:

1. Plaintiff Sportbrain filed its Complaint for Patent Infringement against Defendant on September 17, 2016.

2. The initial hearing is currently set for January 19, 2017.

3. Recently, Plaintiff and Defendant provided counters in their settlement discussions. As such, Plaintiff is in the process of pursuing settlement discussions with Defendant, and has offered to not yet serve the Complaint on the Defendant.

4. Defendant does not oppose this motion.

5. Accordingly, Plaintiff respectfully requests a continuance of the initial hearing for 60 days, until at least March 20 2017; and an extension of time for service on the Defendant to one business day after the new initial hearing.

WHEREFORE, Plaintiff Sportbrain respectfully requests that this Court continue the initial hearing for 60 days, until at least March 20, 2017; and extend the time for service on the Defendant to one business day after the new initial hearing.

Respectfully submitted,

/s/ Kenneth Matuszewski
Counsel for Plaintiff

KENNETH MATUSZEWSKI
RABICOFF LAW LLC
73 W MONROE ST
CHICAGO, IL 60603
708-870-5803
KENNETH@RABILAW.COM

## CERTIFICATE OF SERVICE

Please take notice that on January 10, 2017, we electronically filed with the United States District Court for the Northern District of Illinois, the above Motion by Plaintiff Sportbrain. A copy of this document will be electronically served upon all parties having filed an appearance in this matter.

/s/ Kenneth Matuszewski
Counsel for Plaintiff