# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Sportbrain Holdings LLC
           Plaintiff,

v.                   Case No.: 1:16−cv−09026
                   Honorable Amy J. St. Eve

Strava, Inc.
           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 19, 2017:

   MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 1/19/2017 and continued to 2/15/2017 at 08:30 AM. The time in which to serve the defendant is extended to 2/21/17. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.